## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RASHAWN WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-1165-R |
| | ) | |
| CITY OF LAWTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Court's Order dated this 15th day of April, 2024, the above-captioned case is DIMISSED WITHOUT PREJUDICE.

ENTERED THIS 15th day of April, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE